Decided September 28, 2005

STATE OF CONNECTICUT *v*. DESTER G. MCCOY

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 1 (AC 25212), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Michael E. Criscuolo*, special deputy assistant state's attorney, in opposition.

Decided September 28, 2005